# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LINK MFG., LTD.,** an Iowa Corporation, | CASE NO. 8:11CV283 |
| Plaintiff, | |
| v. | **ORDER AND FINAL JUDGMENT** |
| **FYDA FREIGHTLINER CINCINNATI, INC.,** an Ohio Corporation, | |
| Defendant. | |

This matter is before the Court on the Plaintiff's unopposed Notice of Case Dismissal without prejudice (Filing No. 15). The notice complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved. Accordingly,

IT IS ORDERED:

1. The Plaintiff's unopposed Notice of Case Dismissal without prejudice (Filing No. 15) is approved;

2. This action is dismissed without prejudice;

3. All other pending motions in this action are terminated; and

4. The court will not assess costs or attorney's fees in this case.

Dated this 20th day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge